FILED

11/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0138

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0138

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

WILLIAM CURTIS SMALL,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Cerese S. Parker is granted an extension of time to and including April 1, 2021, within which to prepare, file, and serve the transcripts requested on appeal.

No further extensions will be granted.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 17 2020